# U.S. District Court
## W.D.N.Y.

| UNITED STATES of AMERICA | CASE NO.'s |
|---|---|
| v. | 6:17-cr-06032-FPG |
| JOSEPH W. PEEPLES III | 21:cv-06607-FPG |

6 page motion

# Pro Se' (Bounds vs Smith)
# Motion to Dismiss Indictment Immeadiately Under 28 U.S.C. § 1867(e) et.al.

Defendant now moves this court to rule immeadiately on U.S. Bill of Rights, and 14th Amendment (Due process) controlling U.S. Constitutional issue. The Immeadiate Redress of Defective, Legally Non-Existant True Bill of Indictment. Possible Process crimes must be addressed by this Court. May this motion (Pro Se) be considered timely as this court has not previously ruled on same objection. Oral plea for Mercy and Justice at sentencing (see transcripts pg 31 10-12, pg 32 8-10, pg 33 1-3, and pg 49 3-11.) Rule 6(B 2).

Your Honor respectfully you were not present during diliberations or polling of the Grand Jury (if they happened), nor was the A.U.S.A. Melissa M. Marangola. By Constitutionally guaranteed check and balance - Impartial citizens not limited to, but including the one who must; under law... Abjure, sign, and deliver to the Judge a True Bill; the Foreperson of the Grand Jury, was not there and no vote happened.

Under law (F.R.C.P. Rule 6(e)(1)) there are no recordings of Jurors deliberating or voting behind closed door. With that being said! All that this court must deliver is an unbias, 14th Amendment conscience mindstate of equal treatment under the written rule of law, based upon the "Certified Record" of the court. Provided "Equally" under F.R.C.P. Rules of Discovery (16). There is no way to legally go back to that moment of time. For this court to allow any witholding of controlling U.S. Constitutional evidence after 5 years is criminal and a direct intentional violations of my civil rights. 18 U.S.C. §242!

## LAWFUL ARGUMENTS

① The Indictment of Certified Record (Doc #7) is just a 2 pg "Anonymously Typed" piece of paper illegally (902(1)A+B) identified as a "True Bill."

THAT CERTIFIED INDICTMENT CONTAINS NO NAME OR SIGNATURE OF ATTESTMENT OR AFFIRMATION (PERSONAL ASSURANCE) OF THE POLLING VOTE TO LEGALLY SECURE A TRUE BILL. IN VIOLATION OF F.R.C.P. 6 C(7)(F). ALSO CONTAINING NO SIGNATURE OF A.U.S.A. IN VIOLATION OF F.R.C.P. 7 C(1).

THOSE ABSENT SIGNATURES ARE HALF OF THE LAWFUL REQUIREMENT, UNDER Rules 902-1(A)(B) TO BE A SELF-AUTHENTICATING Federally Aceptable Document OF FEDERAL RECORD. THIS TWO PAGE TYPED PIECE OF PAPER ALSO BARES NO STAMP OR SEAL OF THE COURT. THAT WOULD BE THE OTHER HALF OF LAWFUL REQUIREMENT OF (902-1(A)(B)) ANY FEDERAL DOCUMENT. ANYTHING ELSE IS HEARSAY.

② ASSUMING THAT THE FOREPERSON WAS THE TYPER OF DOC #7 AND TYPED THE MONIKER "FOREPERSON" HIMSELF, ABSENT OF NAME AND SIGNATURE. THIS STILL WOULD BE LAWFULLY UNACCEPTABLE, BY (F.R.C.P. Rules 6 C + 7(F)).

③ ARE WE ALSO LEFT TO ASSUME THAT A.U.S.A. Milissa M. Marangola TYPED THE CERTIFIED INDICTMENT OF RECORD (DOC #7) HERSELF, A JOB ONLY PERFORMED BY CLERKS IN ALL U.S. CLERK COURT CAPACITY IN AMERICA? THIS LEGALLY MAKES HER TYPED NAME NOT "SELF-AUTHENTICATING" AND NOT VERIFYABLE.

④ THE ABSENCE OF THE CLERKS ATTESTMENT OF THE PROCESS ON BEHALF OF THE COURT IS ALMOST AS SHOCKING AS THE ABSENCE OF NAME OR SIGNATURE OF FOREPERSON. WHO TYPED THE DOCUMENT? WHO FILED IT? WHEN WAS IT REALLY FILED? WAS IT INSERTED INTO RECORD LATER AND BACK DATED? THESE ARE UNPRECEDENTED QUESTIONS NO U.S. COURT HAS EVER HAD TO PONDER! WHY, BECAUSE IT'S A CORNER STONE IN BASIC LAWFUL PROCEDURES.

⑤ MANNER AND FORMAT OF INDICTMENT WAS, AND IS NOT A REGULAR PRACTICE OF THIS COURT OR ANY U.S. COURT UNDER THE AMERICAN FLAG. DEFENDANT HAS PERSONALLY INSPECTED OVER 500 CERTIFIED INDICTMENTS OF RECORD FROM... MR. MILLER (W.D.N.Y. ROCHESTER) CASE NO. 18-MJ-505, DWAYNE POSEY (W.D.N.Y. BUFFALO) ETC... ALSO A HOST OF NATIONAL PRISONERS. NEVER, NOT ONE TIME, HAVE I WITNESSED ONE OF THOSE INDICTMENTS WITHOUT; NAME AND SOME SORT OF SIGNATURE OF POLLING GRAND JURY FOREPERSON. 14TH AMEND.

⑥ F.R.C.P. RULE 6(7) SAYS "A KNOWING VIOLATION OF RULE 6 MAY BE PUNISHED AS CONTEMPT OF COURT". WITH ALL DUE RESPECT! NO OTHER REASONS, AS THOSE I HAVE LAWFULLY LAID OUT COULD EVER AMOUNT TO A BETTER PRESENTATION FOR IMMEADIATE DISMISSAL. CONSIDER THE COURT AND U.S. ATTY NOW NOTIFIED TWICE: ONE MOTION.

# CLOSING!

Judge it is time for this travisty to end! Not according to anyone's personal belief, and feelings, but only according to the Bill of Rights, the 14th Amendment, and the F.R.C.P.. Transparency and Equal Affirmation of Constitutionally Required Documents of Basic Due Process. As have been afforded to every Terroist ever captured on American soil. We as Americans must maintain that crucial act of check and balance by personal affirmation, at all cost.

Judge you did not fumble the arrest or true bill. However those that negligently did must bare a responsibility, and not be sheltered at the cost of mine or any civilians civil rights by way of the 14th Equal and Amended to include all.

The guaranteed right to have his/her/LGBTQ peers by polling vote assurance signed and delivered by Grand Jury Foreperson.

# RELIEF REQUESTED

Immeadiate Dismissal of Indictment by this court under Rule 48(B)(11)(2). Under Double Jeapordy Law (Ill v Sommerville etc...) Defendant cannot be retried. Request Immeadiate Order to U.S. Marshal to order FBoP to Release my body with stipen and airfare to Buffalo.

Sworn Under Penalty of Perjury 42 U.S.C. § 1746(2)

Dated: November 18th 2021

[signature] Pro Se

# CERTIFICATE OF SERVICE

I Defendant now under Constitutional Right to Redress A Bill of Rights, 14th Amendment controlling issue. Now submit to the Clerk of this Court by U.S. Certified Mail #7010-3090-0003-3563-5328 A 5 page certified Pro Se Motion under 28 U.S.C. §1867(e) et al., to be placed upon the next available Docket.

Defendant has also served U.S. Attorney Trini E. Ross at 100 State St Suite 500 Rochester N.Y. 14614 By U.S. Certified Mail # 7010-3090-0003-3563-5304. Eliminating the need for this office to serve. For the U.S. Atty has been served a perfected exact copy (6 pgs) of the above mentioned motion.

Dated: November 18th 2021

Sincerely
Joe W Peeples
Pro Se

Joe W Peeples III
Fed #40425-048
U.S.P. Beaumont 26030
Beaumont TX 77720

Reported U.S. Mail Theft & Tampering
See U.S. Dist Court
Case 1:21-cv-00459-MAC
Please take precautions

MR Joe W Peeples III
Fed #40425-048
U.S.P. Beaumont 26030
Beaumont TX 77720

Refused Ability
To Seal
(Legal
Mail)
6pgs
Certification

CHAMBERS OF JUDGE FRANK P. GERACI JR
UNITED STATES DISTRICT COURT JUDGE
U.S. COURTHOUSE c/o U.S. CLERK
100 STATE ST
ROCHESTER NY 14614

Lopez Scott 11-18-21
28 U.S.C. § 1867(e) Motion